UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Case No.: 17-61387 |
| | : | |
| STEVEN C. GEER | : | Chapter 13 |
| Debtor. | : | |
| | : | Judge Russ Kendig |

### APPLICATION FOR ADDITIONAL LEGAL FEES

Now comes, Rebecca K. Hockenberry, attorney for Debtor, and makes this application for an allowance of $345.00 as additional attorney fees to be paid to her by the Trustee. See LBR 2016. The additional allowance is for legal services rendered for Debtor as follows:

a. Legal Services Performed and Date

Counsel defended a motion for relief from stay filed by PennyMac Loan Services LLC with regard to Debtor's residence.

b. Result obtained by the legal service

An Agreed Order was reached.

c. Actual Time spent (itemize in tenths of hours and attorney who performed legal service)

| Date | Description | Hours |
|---|---|---|
| 1/2/18 | Review motion for relief from stay filed by Pennymac. Attempt to contact client re: same. | .4 |
| 1/23/18 | Meet with client to review motion for relief from stay. Draft e-mail to Mr. Boll re: request to make mortgage payments directly. Review e-mails from Mr. Boll re: preference for conduit payments. | .5 |
| 1/24/18 | Review e-mails from Mr. Harbert and Mr. Boll regarding court's policy on delinquent mortgage payments. Draft response to motion for relief from stay. | .8 |
| 1/30/18 | Draft e-mail to Mr. Boll re: question on mortgage payment amount, escrow and January 2018 payment made by Mr. Geer. Draft e-mail to Mr. Geer re: same. | .2 |
| 2/1/18 | Review e-mail from Mr. Boll re: pending agreed order. | .1 |
| 2/27/18 | Review proposed agreed order and approve same. | .2 |
| 3/5/18 | Draft e-mail to Mr. Boll re: status of agreed order and need for trustee's approval. Review responsive e-mail. | .1 |
| | TOTAL | 2.3 |

d. Counsel states that no previous application has been made for the services for which this application is made.

e. Proposed percentage payment to unsecured creditors

   Counsel does not anticipate that the dividend to unsecured creditors will be affected by the additional fee request.

f. Amount of fee requested

   Counsel for Debtor is charging $150.00 per hour for additional work performed in this matter.  The total fee requested is $345.00.

WHEREFORE, the undersigned counsel respectfully requests the above-stated fees.

>Respectfully Submitted,
>
>/s/Rebecca K. Hockenberry
>Rebecca K. Hockenberry (0074930)
>Thompson & Hockenberry Co. LPA
>371 Lexington Avenue
>Mansfield, OH 44907
>(614) 900-2725
>(614) 737-9945 facsimile
>rebecca@hockenberrylaw.com

## NOTICE OF APPLICATION FOR ADDITIONAL LEGAL FEES

Counsel for Debtor Steven Geer has filed papers with the court for Additional Legal Fees.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you wish to consult one).**

If you do not want the court to approve the additional attorney fees, or if you want the court to consider your views on the application, then on or before **April 12, 2018**, you or your attorney must File with the court a written request for a hearing, or, if the court requires a response, an answer, explaining your position at:

U.S Bankruptcy Court
Clerk's Office
Ralph Regula Federal Building and US Courthouse
401 McKinley Ave., SW
Canton, OH 44702

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Rebecca K. Hockenberry, Esq.
Thompson & Hockenberry Co., LPA
371 Lexington Avenue
Mansfield, OH 44907

Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas Street
 Charter One Bank Building, Suite 400
 Canton, Ohio 44702

Office of the U.S. Trustee
201 Superior Avenue East, Ste. 441
Cleveland, OH 44114

If you or your attorney do not take these steps, the court may decide that you do not oppose relief sought in the motion and may enter an order granting relief.

# CERTIFICATE OF SERVICE

      I certify that on March 21, 2018, a true and correct copy of the **APPLICATION FOR ADDITIONAL LEGAL FEES AND NOTICE** was served:

Via the court's Electronic Case Filing System on those entities and individuals who are listed on the court's Electronic Mail Notice List:

- Edward J. Boll, on behalf of PennyMac Loan Services at nohbk@lsrlaw.com
- Toby L. Rosen, Chapter 13 Trustee at trosen@chapter13canton.com, trosen@ecf.epiqsystems.com
- United States Trustee at (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

| | |
|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Steven C. Geer<br>PO Box 44<br>Ontario, OH 44862 |

    /s/Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Thompson & Hockenberry Co., LPA
371 Lexington Avenue
Mansfield, OH 44907
(567) 560-2095 telephone
(614) 737-9945 facsimile
Rebecca@hockenberrylaw.com